# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: John J. Carroll and Mary K. Carroll <br> Debtor(s) | BKY. NO. 14-00663 RNO <br><br> CHAPTER 13 |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of M&T BANK, as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: 6422

                                      Respectfully submitted,

                                      **/s/ Thomas Puleo**
                                      Thomas Puleo, Esquire
                                      James C. Warmbrodt, Esquire
                                      KML Law Group, P.C.
                                      701 Market Street, Suite 5000
                                      Philadelphia, PA 19106-1532
                                      (215) 825-6306  FAX (215) 825-6406
                                      Attorney for Movant/Applicant