IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA - WILKES-BARRE DIVISION

RE: JOHN JOSEPH CARROLL

: Bankruptcy Number: 14-00663-RNO

: Chapter: 13

**Debtor**

## REQUEST FOR NOTICES

### TO THE CLERK OF THE U. S. BANKRUPTCY COURT

Please take notice, the creditor, Office of Unemployment Compensation Tax Services (UCTS), Department of Labor and Industry, Commonwealth of Pennsylvania, through its duly authorized agent, Jeremy Haring, hereby requests that a copy of all notices and papers in this action be served at the agent's office at the below captioned address.

Dated: 06/26/2017

By: _____/S/ Jeremy Haring_____
Jeremy Haring
Commonwealth of Pennsylvania
Department of Labor and Industry
Collections Support Unit
651 Boas Street, Room 702
Harrisburg, PA 17121
Telephone: (717) 787-7627
Fax: (717) 787-7671
Email: ra-li-ucts-bankhbg@state.pa.us